THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT L. LONGO, JR., :
:
    Plaintiff, :
v. : 3:17-CV-2104
: (JUDGE MARIANI)
SCI CAMP HILL, et al., :
:
    Defendants. :

## ORDER

AND NOW, THIS 12th DAY OF MARCH, 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 29) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 29) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Dismiss the Amended Complaint (Doc. 17) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a. Defendants' Motion is **GRANTED** with respect to Defendants SCI Camp Hill and Superintendent Harry. These Defendants are **DISMISSED** from the above-captioned action.

    b. Defendants' Motion is **DENIED** with respect to Plaintiff Longo's First Amendment access-to-courts claims against the remaining Defendants.[1]

Robert D. Mariani
United States District Judge

---

[1] The Court notes that Defendants did not move to dismiss Plaintiff's excessive force claims against Defendants Warner and Welshans and therefore those claims also remain pending.