# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT L. LONGO, JR.,

    Plaintiff,

v.

SCI CAMP HILL, et al.,

    Defendants.

3:17-CV-2104
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 12th DAY OF MARCH, 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 30) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 30) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff Longo's Motion for Injunctive Relief (Doc. 24) is **DENIED**.

Robert D. Mariani
United States District Judge