THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT L. LONGO, JR.,

    Plaintiff,

v.

SCI CAMP HILL, et al.,

    Defendants.

3:17-CV-2104
(JUDGE MARIANI)

FILED
SCRANTON
APR 1 5 2019
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 15th DAY OF APRIL, 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 34) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 34) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Motion for Summary Judgment (Doc. 31) is **DENIED.**

Robert D. Mariani
United States District Judge