IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. LONGO, JR., | : | Civil No. 3:17-cv-2104 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| LIEUTENANT WILLIAM WARNER, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 9th day of October, 2020, upon consideration of Defendants' motion (Doc. 44) for partial summary judgment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 44) is **GRANTED** with respect to the First Amendment access to courts claim and the Eighth Amendment sexual assault claim. Entry of judgment is deferred pending further Order of Court.

2. The motion (Doc. 44) is **DENIED** with respect to the Eighth Amendment deliberate indifference claim.

3. Defendants shall **FILE** an answer or appropriate pretrial motion to the remaining claims in the amended complaint in accordance with the Federal Rules of Civil Procedure.

Robert D. Mariani
United States District Judge